Case Name:   WILLIAM WILTSE, JR.
Case No:     06 B 71707

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 28, 2007                    WILLIAM T. NEARY
                                        United States Trustee, Region 11


                              BY:   ___/s/_____
                                    CAROLE J. RYCEK
                                    Attorney for the U.S. Trustee