IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
WILTSE, WILLIAM E., JR.
WILTSE, ROBERTA A.

CASE NO. 06-71701 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-5861; XXX-XX-9752

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL  61101

    on:   July 25, 2007
    at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,401.43 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 2,172.50 | |

4. The Trustee's Final Report shows total:

    a. Receipts                              $       6,514.27

    b. Disbursements                         $           0.00

    c. Net Cash Available for Distribution   $       6,514.27

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,940.34, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $38,812.02, resulting in an approximate distribution of 7.58% to unsecured creditors.

6.     The debtor has been discharged.

7.     The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:    May 2, 2007                   /s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jshores              Page 1 of 1           Date Rcvd: Jul 02, 2007
Case: 06-71701                Form ID: pdf002            Total Served: 15

The following entities were served by first class mail on Jul 04, 2007.
db         +William E. Wiltse, Jr.,    2620 Knob Hill Rd.,    Mchenry, IL 60050-2546
jdb        +Roberta A. Wiltse,    2620 Knob Hill Rd.,    Mchenry, IL 60050-2546
aty        +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
             Batavia, IL 60510-2564
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
cr         +GMAC,    PO Box 130424,    Roseville, MN 55113-0004
cr         +HARRIS N.A.,    3800 GOLF ROAD,    SUITE 300,    ATTN: KENDRA KIRKSY,
             ROLLING MEADOWS, IL 60008-4005
10922636   +Amcore Bank,    c/o Rick Golding,    Weinberg & Richmond,    333 W Wacker Dr Ste 1800,
             Chicago, IL 60606-1288
10922637   +American Express,    Box 650448,    Dallas, TX 75265-0448
11019151    American Express Travel Related Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
             Malvern PA 19355-0701
10922638   +GMAC,    PO Box 9001952,    Louisville, KY 40290-1952
10922639   +Harris Bank,    Box 6201,    Carol Stream, IL 60197-6201
10922640   +Leo Lechtenberg,    1040 Katherine Dr.,    Elm Grove, WI 53122-2153
10922641   +Mastercard,    PO BOX 15289,    Wilmington, DE 19886-5289
11000648   +Prime Commercial Corporation,    Scott Dixon, President,    420 North Front Street, Suite 200,
             McHenry, Illinois 60050-5528
10922642   +Prime Genoa Properties,    420 Front St.,    Mchenry, IL 60050-5528

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
                                                                                        TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 04, 2007**              **Signature:** _Joseph Speetjens_